IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, an insurance company incorporated in the State of Iowa;  )<br>)<br>)<br>)<br>Plaintiff,  )<br>)<br>V.  )<br>)<br>OLLIE WADSWORTH; and  )<br>JOSEPH M. PEIL  )<br>)<br>Defendants.  ) | CIVIL ACTION NUMBER<br><br>CV 2:05cv 602-T |

## SUMMONS

This service by certified mail of this summons is initiated upon the written request of plaintiff's attorney pursuant to the Federal Rules of Civil Procedure.

NOTICE TO:   Ollie Wadsworth
305 Hardaway Avenue East
Union Springs, AL 36089

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint, to James A. Kee, Jr. and Cynthia A. Martin, KEE & SELBY, L.L.P., 1900 International Park Drive, Suite 220, Birmingham, Alabama 35243.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN TWENTY (20) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

*Debra P. Hackett*
CLERK OF THE COURT

DATED: 6-27-05

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, an insurance company incorporated in the State of Iowa;<br><br>　　　　Plaintiff,<br><br>V.<br><br>OLLIE WADSWORTH; and JOSEPH M. PEIL<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NUMBER<br><br>cv2:05cu 602-T |

## SUMMONS

This service by certified mail of this summons is initiated upon the written request of plaintiff's attorney pursuant to the Federal Rules of Civil Procedure.

NOTICE TO:　　Joseph M. Peil
　　　　　　　　109 West Tallassee Street
　　　　　　　　Wetumpka, Alabama 35092

The Complaint which is attached to this summons is important and you must take immediate action to protect your rights. You are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint, to James A. Kee, Jr. and Cynthia A. Martin, KEE & SELBY, L.L.P., 1900 International Park Drive, Suite 220, Birmingham, Alabama 35243.

THIS ANSWER MUST BE MAILED OR DELIVERED WITHIN TWENTY (20) DAYS FROM THE DATE OF DELIVERY OF THIS SUMMONS AND COMPLAINT AS EVIDENCED BY THE RETURN RECEIPT, OR A JUDGMENT OF DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT. You must also file the original of your Answer with the Clerk of this Court within a reasonable time afterward.

DATED: 6-27-05

*Debra P. Hackett*
CLERK OF THE COURT

Deputy Clerk