**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ollie Wadsworth
   305 Hardaway Avenue East
   Union Springs, AL 36089

   2:05cv602-T S*C

2. Article Number (Transfer from service label): 7003 2260 0000 1475 8584

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: Ollie Wadsworth / X Evelyn Dasinger — ☐ Agent ☐ Addressee
B. Received by (Printed Name): Evelyn Dasinger
C. Date of Delivery: 6/28/05
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Joseph M. Peil
   109 West Tallassee Street
   Wetumpka, Alabama 35092

   2:05cv602-T S*C

2. Article Number (Transfer from service label): 7003 2260 0000 1475 8577

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X Joseph M Peil — ☐ Agent ☐ Addressee
B. Received by (Printed Name): Joseph M Peil
C. Date of Delivery: 6-28
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☑ Certified Mail ☐ Express Mail ☐ Registered ☑ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes