IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 2:05cv602-T |
| OLLIE WADSWORTH; and JOSEPH M. PIEL, ) ) ) ) | |
| Defendants. ) | |

### ANSWER AND DEMAND FOR JURY TRIAL

**JOSEPH M. PIEL** ("this Defendant") files his Answer to Plaintiff's First Amended Complaint as well as a demand for a trial by jury and states:

### First Defense

1. This Defendant admits the allegations set forth in Paragraph 1 of the Plaintiff's Complaint.

2. This Defendant admits the material allegations set forth in Paragraph 2 of the Plaintiff's Complaint.

3. This Defendant admits the material allegations set forth in Paragraph 3 of the Plaintiff's Complaint.

4. This Defendant admits the material allegations set forth in Paragraph 4 of the Plaintiff's Complaint.

5. This Defendant has insufficient information to either admit or to deny the material allegations set forth in Paragraph 5 of the Plaintiff's Complaint and, as a result, denies the same and demands strict proof thereof.

6. This Defendant admits the material allegations set forth in Paragraph 6 of the Plaintiff's Complaint.

7. This Defendant has insufficient information to either admit or to deny the material allegations set forth in Paragraph 7 of the Plaintiff's Complaint and, as a result, denies the same and demands strict proof thereof.

8. This Defendant has insufficient information to either admit or to deny the material allegations set forth in Paragraph 8 of the Plaintiff's Complaint and, as a result, denies the same and demands strict proof thereof.

9. This Defendant denies each and every material allegation set forth in Paragraph 9 of the Plaintiff's' Complaint and demands strict proof thereof.

10. The remaining paragraphs of Plaintiff's Complaint do not require a response, but to the extent one is deemed required, this Defendant denies each and every material allegation set forth therein and demands strict proof thereof.

## Second Defense

This Defendant avers that the Plaintiff's Complaint fails to state a cause of action against him.

### Third Defense

This Defendant denies each and every material allegation in the Plaintiff's Complaint to the extent not admitted above, and demands strict proof of each claim or allegation not expressly admitted.

### Fourth Defense

This Defendant pleads the general issue.

### Fifth Defense

This Defendant pleads the defense of lack of subject matter jurisdiction.

***THIS DEFENDANT DEMANDS A TRIAL BY STRUCK JURY ON ALL ISSUES SO TRIABLE***

Respectfully Submitted,

/s/ Brian P. Strength
JOCK M. SMITH (SMIO47)
BRIAN P. STRENGTH (STR052)
Attorneys for Defendants

OF COUNSEL:

COCHRAN, CHERRY, GIVENS
 & SMITH
Post Office Box 830419
Tuskegee, Alabama 36083

Tel: (334) 727-0060
Fax: (334) 727-7197

11

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing upon counsel listed below by electronic notification, on this the18 day of July 2005;

Donald R. Jones, Jr.
DONALD R. JONES, JR., P.C.
2000 Interstate Park Drive, Suite 104
Montgomery, AL 36109

James A. Kee, Jr.
Cynthia A. Martin
Kee & Selby
1900 International Park
Suite 220
Birmingham, AL 35243

          /s/ Brian P. Strength
            OF COUNSEL