IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, an insurance company incorporated in the State of Iowa, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv602-T |
| OLLIE WADSWORTH and JOSEPH M. PEIL, | ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that defendant Ollie Wadsworth's motion to dismiss (Doc. No. 6) is set for submission, without oral argument, on August 25, 2005, with all briefs due by said date.

DONE, this the 21st day of July, 2005.

                      /s/ Myron H. Thompson
                UNITED STATES DISTRICT JUDGE