IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, an insurance company incorporated in the State of Iowa, | ) ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 2:05cv602-T |
| OLLIE WADSWORTH and JOSEPH M. PEIL, | ) ) ) | |
| Defendants. | ) | |

ORDER

It is ORDERED that defendant Ollie Wadsworth's motion to dismiss (Doc. No. 6) is denied.

DONE, this the 21st day of September, 2005.

　　　　　　　　　　　　　　　　  /s/ Myron H. Thompson  
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**