IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| EMPLOYERS MUTUAL CASUALTY COMPANY, an insurance company Incorporated in the State of Iowa; | ) ) ) | |
| V. | ) | CIVIL ACTION NUMBER |
| OLLIE WADSWORTH; and JOSEPH M. PEIL, | ) ) | 2:05 CV 602-T |
| Defendants. | ) ) | |

RESPONSE TO FIRST AMENDED COMPLAINT
FOR DELCARATORY JUDGMENT

Comes now Defendant Ollie Wadsworth and responds to the Plaintiffs First Amended Complaint for Declaratory Judgment as follows:

**AFFIRMATIVE DEFENSES**

For its affirmative defenses to the Amended Complaint, Wadsworth pleads the following:

FIRST DEFENSE

The Amended Complaint fails to state a claim for which relief can be granted.

SECOND DEFENSE

The Plaintiff's Amended Complaint is barred by the doctrines of waiver and/or estoppel.

THIRD DEFENSE

Wadsworth generally denies each and every material allegation of the Complaint and demands strict proof thereof.

## ANSWER

1. Admitted.

2. Admitted.

3. This Defendant lacks sufficient information to admit or deny the allegations of paragraph 3 of the Amended Complaint.

4. Admitted.

5. Denied.

## UNDERLYING LAWSUIT

6. Admitted.

## POLICY PROVISIONS

7. Admitted.

8. Denied.

9. Denied.

## REQUESTED RELIEF

Regarding the unnumbered paragraph containing the Plaintiff's request for relief, the Defendant denies that the Plaintiff is entitled to any of the relief requested.

**DONALD R. JONES, JR., P.C.**

/s/ Donald R. Jones, Jr.
Donald R. Jones. Jr.
Alabama State Bar No. JON091
2000 Interstate Park Drive, Suite 104
Montgomery, AL  36109
Telephone: (334) 277-3939
Facsimile: (334) 277-3772

Lynn W. Jinks
Alabama State Bar No. ASB-0006-N62L
P.O. Box 350
Union Springs, AL  36089
Telephone:     (334) 738-4225
Facsimile:      (334) 738-4229

Attorneys for Defendant, Ollie Wadsworth

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

James A. Kee, Jr.
Cynthia A. Martin
Kee & Selby
1900 International Park
Suite 220
Birmingham, AL  35243

Brian P. Strength
Cochran, Cherry, Givens & Smith, P.C.
P.O. Box 830419
Tuskegee, AL  36083-0419

/s/ Donald R. Jones, Jr.
Donald R. Jones, Jr.