IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EMPLOYERS MUTUAL CASUALTY ) <br> COMPANY, an insurance ) <br> company incorporated in ) <br> the State of Iowa, ) <br>   ) <br>   Plaintiff, ) <br>   ) <br>   v. ) <br>   ) <br> OLLIE WADSWORTH and ) <br> JOSEPH M. PEIL, ) <br>   ) <br>   Defendants. ) | CIVIL ACTION NO. <br> 2:05cv602-MHT |

ORDER

It is ORDERED that the motion for summary judgment (Doc. No. 15) is set for submission, without oral argument, on January 27, 2006, with non-movants' briefs and evidentiary materials due by said date.

DONE, this the 5th day of January, 2006.

　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE