# Exhibit 2



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| County | 09 | Case Number | CV 2004 000087 00 | JID | LBS | Trial | J |
| Style | JOSEPH M PIEL VS OLLIE WADSWORTH | | | | | | |
| Code | TBFM | Type | BAD FAITH/FRAUD/MISR | Filed | 07222004 | Track | |
| Amount | | Status | ACTIVE | Plaintiffs | 001 | Defendants | 001 |
| DJID | | Court Action | 00000000 | | | For | |
| Damages-Comp | | Damages-Pun | | Damages-Gen | | No Damages | |
| Trial Days | | Lien | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date 1 | 04252006 | Que 1 | 001 | Time 1 | 0830 A | Description | JTRL TRIAL - JURY |
| Date 2 | 12122005 | Que 2 | 001 | Time 2 | 0830 A | Description | SCHC SCHEDULE CONFERENCE |
| Date 3 | 07072005 | Que 3 | 001 | Time 3 | 0930 A | Description | HEAR HEARING |
| Date 4 | | Que 4 | | Time 4 | | Description | |
| Cont Date | | Why | | | | Cont # | |
| RevJmt | | Admin Date | | Why | | | |
| Appeal Date | | CRT | | Case | | 0000 000000 00 | |
| TBNV1 | | TBNV2 | | DSDT | | DTYP | |
| Comment 1 | | | | | | | |
| Comment 2 | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | C 001 | Name | PEIL JOSEPH M | | | Type | INDIVIDUAL |
| INDX | D WADSWORTH OL | ANAM | | | | JID | LBS |
| SSN | | Address 1 | | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | AL 00000 0000 | | | Phone | 334 000 0000 |
| Atty 1 | SMITH JOCK M | Atty 2 | STRENGTH BRIAN PAUL | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | | Type | | NS Not | | NA Not | |
| Warrant | | Type | | Arrest | | | |
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Party | D 001 | Name | WADSWORTH OLLIE | | | Type | INDIVIDUAL |
| INDX | C PEIL JOSEPH | ANAM | | | | JID | LBS |
| SSN | | Address 1 | 305 HARDAWAY AVE | | | Sex | |
| DOB | | Address 2 | | | | Race | |
| Country | US | City | UNION SPRINGS AL 36089 0000 | | | Phone | 334 000 0000 |
| Atty 1 | CHANDLER WILLIAM ROB | Atty 2 | | Atty 3 | | Atty 4 | |
| Atty 5 | | Atty 6 | | | | | |
| Issued | | Type | | Reissue | | Type | |
| Return | | Type | | Return | | Type | |
| Service | | Type | | Serv On | | By | |
| Answer | 01182005 | Type | L COUNTER CLAIM | NS Not | | NA Not | |

| Warrant | | Type | | Arrest | | | |
|---|---|---|---|---|---|---|---|
| CACT | | Date | | For | | Exep | O |
| AMT | | Cost | | Other | | Satisfied | |
| Comment | | | | | | | |

| Date | Time | Code | Comments | Operator |
|---|---|---|---|---|
| 07262004 | 1333 | FILE | FILED THIS DATE: 07/22/2004 (AV01) | CEC |
| 07262004 | 1333 | ASSJ | ASSIGNED TO JUDGE: HON. BURT SMITHART (AV01) | CEC |
| 07262004 | 1333 | TDMJ | JURY TRIAL REQUESTED (AV01) | CEC |
| 07262004 | 1333 | STAT | CASE ASSIGNED STATUS OF: ACTIVE (AV01) | CEC |
| 07262004 | 1333 | ORIG | ORIGIN: INITIAL FILING (AV01) | CEC |
| 07262004 | 1334 | PART | PEIL JOSEPH M ADDED AS C001 (AV02) | CEC |
| 07262004 | 1334 | ATTY | LISTED AS ATTORNEY FOR C001: BRYAN HOWARD F III | CEC |
| 07262004 | 1339 | PART | WADSWORTH OLLIE ADDED AS D001 (AV02) | CEC |
| 07262004 | 1339 | ATTY | LISTED AS ATTORNEY FOR D001: CHANDLER WILLIAM ROB | CEC |
| 07262004 | 1340 | CASP | CASE ACTION SUMMARY PRINTED (AV02) | CEC |
| 10192004 | 1439 | GENN | GENERAL NOTICE SENT TO: 0000 | CEC |
| 10202004 | 0936 | ATTY | LISTED AS ATTORNEY FOR C001: SMITH JOCK M (AV02) | CEC |
| 10202004 | 0936 | ATTY | LISTED AS ATTORNEY FOR C001: STRENGTH BRIAN PAUL | CEC |
| 11152004 | 0227 | DOCK | NOTICE SENT: 11/15/2004 SMITH JOCK M | CEC |
| 11152004 | 0227 | DOCK | NOTICE SENT: 11/15/2004 STRENGTH BRIAN PAUL | CEC |
| 11152004 | 0229 | DOCK | NOTICE SENT: 11/15/2004 CHANDLER WILLIAM ROBERT | CEC |
| 11152004 | 0910 | DAT2 | SET FOR: SCHEDULE CONFERENCE ON 12/13/2004 AT 083 | CEC |
| 01182005 | 0956 | ANSW | ANSWER OF COUNTER CLAIM ON 01/18/2005 FOR D001 | CEC |
| 03072005 | 0823 | GNOT | GENERAL NOTICE SENT TO: 0000 | CEC |
| 03222005 | 0908 | DAT3 | SET FOR: HEARING ON 05/09/2005 AT 1030A (AV01) | CEC |
| 03222005 | 0908 | GNOT | GENERAL NOTICE SENT TO: 0000 | CEC |
| 04212005 | 0073 | DOCK | NOTICE SENT: 04/21/2005 SMITH JOCK M | CEC |
| 04212005 | 0073 | DOCK | NOTICE SENT: 04/21/2005 STRENGTH BRIAN PAUL | CEC |
| 04212005 | 0073 | DOCK | NOTICE SENT: 04/21/2005 CHANDLER WILLIAM ROBERT | CEC |
| 05102005 | 0812 | DAT3 | SET FOR: HEARING ON 07/07/2005 AT 0930A (AV01) | CEC |
| 05102005 | 0814 | GNOT | GENERAL NOTICE SENT TO: 0000 | CEC |
| 06092005 | 1014 | DAT2 | SET FOR: SCHEDULE CONFERENCE ON 07/07/2005 AT 083 | CEC |
| 06142005 | 0110 | DOCK | NOTICE SENT: 06/14/2005 SMITH JOCK M | CEC |
| 06142005 | 0110 | DOCK | NOTICE SENT: 06/14/2005 STRENGTH BRIAN PAUL | CEC |
| 06142005 | 0110 | DOCK | NOTICE SENT: 06/14/2005 CHANDLER WILLIAM ROBERT | CEC |
| 06142005 | 0111 | DOCK | NOTICE SENT: 06/14/2005 SMITH JOCK M | CEC |
| 06142005 | 0111 | DOCK | NOTICE SENT: 06/14/2005 STRENGTH BRIAN PAUL | CEC |
| 06142005 | 0111 | DOCK | NOTICE SENT: 06/14/2005 CHANDLER WILLIAM ROBERT | CEC |
| 07082005 | 1036 | GNOT | GENERAL NOTICE SENT TO: 0000 | CEC |
| 11222005 | 0915 | DAT2 | SET FOR: SCHEDULE CONFERENCE ON 12/12/2005 AT 083 | WIJ |
| 12142005 | 1311 | TRAN | TRANSMITTAL NOTICE SENT TO ALL ATTORNEYS | TRW |
| 12272005 | 0946 | DAT1 | SET FOR: TRIAL - JURY ON 04/26/2006 AT 0830A(AV01) | WIJ |
| 12272005 | 1000 | DAT1 | SET FOR: TRIAL - JURY ON 04/25/2006 AT 0830A(AV01) | WIJ |