IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EMPLOYERS MUTUAL CASUALTY    )
COMPANY, an insurance        )
company incorporated in      )
the State of Iowa,           )
                             )
    Plaintiff,               )
                             )     CIVIL ACTION NO.
    v.                       )       2:05cv602-MHT
                             )
OLLIE WADSWORTH and          )
JOSEPH M. PEIL,              )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion for leave to file reply brief (Doc. No. 20) is granted.

DONE, this the 8th day of February, 2006.

   /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE